# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**
        **Plaintiff,**

    **v.**                                                    **Case No. 09-CR-281**

**DAVID SEITZ**
        **Defendant.**

## ORDER

**IT IS ORDERED** that defendant's counsel may review the probation office's file in preparation for the revocation hearing scheduled for November 1, 2013.

Dated at Milwaukee, Wisconsin, this 25th day of October, 2011.

/s Lynn Adelman

_____
LYNN ADELMAN
District Judge