# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA**
        **Plaintiff,**

  **v.**                                          **Case No. 09-CR-281**

**DAVID SEITZ**
        **Defendant.**

## ORDER

For the reasons stated on the record on November 1, 2013, and pursuant to 18 U.S.C. § 3565(a)(1) and U.S.S.G. § 7B1.3(a)(2),

**IT IS ORDERED** that defendant's probation term is extended for 90 days beyond the original two year term, under the same conditions previously imposed.

Dated at Milwaukee, Wisconsin, this 12th day of November, 2013.

                                          /s Lynn Adelman
                                          _____
                                          LYNN ADELMAN
                                          District Judge